#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRUCE W. KOPASKEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   CV NO.  07-00479-JPG-DGW |
| | ) |
| **UNION PACIFIC RAILROAD COMPANY,** | ) |
| | ) |
|     **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    DATED:  July 15, 2010

                                          NANCY J. ROSENSTENGEL, Clerk of Court

                                          BY: s/Brenda K. Lowe, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  U. S. DISTRICT JUDGE